NUMBER
13-06-050-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_______________________________________________________

 

                      IN RE: GISELLE RAMOS CUELLAR

_______________________________________________________

 

                      On Petition for Writ of Mandamus 

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

     Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum
Opinion Per Curiam

 

 

Relator, Giselle Ramos Cuellar, filed a petition for writ of mandamus
in this Court on February 2, 2006. 
Relator has now filed a  motion to
dismiss the mandamus action.  Relator
requests that this mandamus action be dismissed.








          The Court, having
considered the documents on file and relator=s motion to dismiss, is of the opinion that the
motion should be granted.  Relators= motion to dismiss is
granted.  The stay previously ordered by
this Court is lifted,  and the petition
for writ of mandamus is hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 18th day of May, 2006.